IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT D. TODD,<br><br>    Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY, ET AL.,<br><br>    Defendants. | No. C 15-05823 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGMENT FOR SETTLEMENT CONFERENCE** |

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than May 30, 2016. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at (510) 637-3541.

    **IT IS SO ORDERED.**

Dated: March 22, 2016

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk