**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT D. TODD,

    Plaintiff,

v.

SAN MATEO COUNTY, ET AL.,

    Defendants.

No. C 15-05823 JSW

**ORDER VACATING HEARINGS ON PENDING MOTIONS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions which have been noticed for hearing on Friday, April 29, 2016 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: April 25, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE